UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

ROSA MARIA OLAYO CASTANEDA, *individually and on behalf others similarly situated*,

          Plaintiff,

- against -

BUENA VISTA TORTILLAS CORP. (d/b/a BUENA VISTA TORTILLAS CORPORATION), NOE BALTAZAR, and MICHAELA VARGAS,

          Defendants.

------------------------------------------------------------------------------- X

24 Civ. 4672 (RA) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      The docket in this matter reflects that Plaintiff filed her Complaint on June 19, 2024, and that all three Defendants were served with process on June 24, 2024. (Dkt. Nos. 1, 10-12). Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants time to respond to the Complaint ran through July 15, 2024. However, since Plaintiff's counsel filed proof of service on the docket for all three Defendants on July 2, 2024 (Dkt. Nos. 10-12), there have been no further filings in this action.

      In light of the foregoing procedural history, Plaintiff is directed, by **Friday, September 13, 2024**, to update the Court as to the status of this matter. Plaintiff's letter must include 1) whether Plaintiff or her counsel has had contact with any of the Defendants or their counsel regarding this action, and 2) whether Plaintiff intends to continue prosecuting it.

      **SO ORDERED.**

DATED:    New York, New York
               September 6, 2024

                                                                   _____
                                                                   GARY STEIN
                                                                   United States Magistrate Judge