# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                          Telephone: (212) 317-1200
New York, New York 10165                                Facsimile: (212) 317-1620

_____

October 14, 2024

**VIA ECF**

Hon. Judge Gary Stein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

         Re:     Olayo Castaneda et al v. Buena Vista Tortillas Corp. et al
                       1:24-cv-04672-RA-GS

Dear Judge Stein:

     This office represents Plaintiff in the above-referenced matter. We write to provide an update on our efforts to communicate with Defendants pursuant to the Court's Order dated September 13, 2024 (ECF Doc. No. 15).

     First of all, I respectfully apologize to the Court for not requesting the Clerk's Certificates of Default by October 10, 2024. For the past weeks, I have continued communications with Defendants' counsel, Frances M. Forgione, and exchanged informal discovery documents. I expressed the importance of filing a notice of appearance as well as Plaintiff's deadline to move for default judgment and she informed me counsel would file a notice of appearance before last Friday.

     In light of this development, we respectfully request a two-week extension, until October 28, 2024, to obtain the Clerk's Certificates of Default and move for default judgment, if necessary. We anticipate that Defendants' counsel will file the notice of appearance soon, and we hope to resolve the issue without further delay.

     I thank the Court for its time and consideration regarding this matter.

> Plaintiff's request for an extension of time is granted. Given that Defendants' answers were initially due by July 15, 2024, and we are three months past that deadline, the Court will be disinclined to grant any further extensions on the matter of default. SO ORDERED.

Respectfully Submitted,

*/s/Catalina Sojo*
Catalina Sojo, Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiff*

Date: 10/15/2024
New York, NY

**SO ORDERED:**

*Gary Stein*
_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*