UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROSA MARIA OLAYO CASTANEDA, *et al.,*

                      Plaintiffs,

      -against-

BUENA VISTA TORTILLAS CORP., *et al.,*

                      Defendant.

------------------------------------------------------------------X

**24 Civ. No. 4672 (RA) (GS)**

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for an Initial Case Management Conference on **Wednesday, June 25, 2025 at 11:00 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now**. **[Meeting ID: 289 987 990 048 5]  [Passcode: eH99mc3X]**

      **SO ORDERED.**

DATED:    New York, New York
               May 23, 2025

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge