UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROSA MARIA OLAYO CASTANEDA, et al.,

              *Plaintiff*,

-against-

BUENA VISTA TORTILLAS CORP., et al.,

              *Defendants,*
-----------------------------------------------------------------X

Civil Action No. 24-cv-4672-RA-GS

[Proposed Form Of]
**JUDGMENT**

## **JUDGMENT**

On July 25, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ROSA MARIA OLAYO CASTANEDA, have judgment against BUENA VISTA TORTILLAS CORP. (D/B/A BUENA VISTA TORTILLAS CORPORATION), NOE BALTAZAR, and MICHAELA VARGAS, jointly and severally, in the amount Sixty-Five Thousand Dollars and No Cents ($65,000), which is inclusive of attorneys' fees and costs.

Dated: July 29, 2025

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE